| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Perry J. Viscounty (Bar No. 132143)<br>perry.viscounty@lw.com |
| 3 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626-1925 |
| 4 | Telephone:  (714) 540-1235<br>Facsimile:   (714) 755-8290 |
| 5 | LATHAM & WATKINS LLP |
| 6 |    Jennifer L. Barry (Bar No. 228066)<br>jennifer.barry@lw.com |
| 7 | 600 West Broadway, Suite 1800<br>San Diego, California  92101-3375 |
| 8 | Telephone:  (619) 236-1234<br>Facsimile:   (619) 696-7419 |
| 9 | Attorneys for Plaintiff<br>ONE TRUE VINE, LLC |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE TRUE VINE, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>THE WINE GROUP, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | CASE NO.  CV-09-1328-MHP<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF ONE TRUE VINE, LLC AND ORDER** |

TO THE COURT, EACH PARTY AND ITS ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff One True Vine, LLC, a California Limited Liability Company, hereby makes the following substitution of counsel of record for all purposes in connection with the above-captioned action:

/ / /

1. **Former Legal Representation:**

   MORRISON & FOERSTER LLP
   Jennifer Lee Taylor, Esq. (State Bar No. 161368)
   Cathleen E. Stadecker, Esq. (State Bar No. 234966)
   425 Market Street
   San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

2. **New Legal Representation:**

   LATHAM & WATKINS LLP
   Perry J. Viscounty (State Bar No. 132143)
   650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626
   Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
   Email: perry.viscounty@lw.com

   LATHAM & WATKINS LLP
   Jennifer L. Barry (State Bar No. 228066)
   600 West Broadway, Suite 1800
   San Diego, CA 92101-3375
   Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
   Email: jennifer.barry@lw.com

Dated: July 30, 2009                    Respectfully submitted,

                                        LATHAM & WATKINS LLP

                                        By: _____
                                            Jennifer L. Barry
                                            Attorneys for Plaintiff One True Vine, LLC

I consent to this substitution.

Dated: July 30, 2009                    MORRISON & FOERSTER LLP

                                        By: _____
                                            Jennifer Lee Taylor

One True Vine, LLC hereby consents to this substitution.

Dated: July ___, 2009                   ONE TRUE VINE, LLC

                                        By: _____
                                            Chris Radomski

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1. **Former Legal Representation:**

   MORRISON & FOERSTER LLP
   Jennifer Lee Taylor, Esq. (State Bar No. 161368)
   Cathleen E. Stadecker, Esq. (State Bar No. 234966)
   425 Market Street
   San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

2. **New Legal Representation:**

   LATHAM & WATKINS LLP
   Perry J. Viscounty (State Bar No. 132143)
   650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626
   Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
   Email: perry.viscounty@lw.com

   LATHAM & WATKINS LLP
   Jennifer L. Barry (State Bar No. 228066)
   600 West Broadway, Suite 1800
   San Diego, CA 92101-3375
   Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
   Email: jennifer.barry@lw.com

Dated: July __, 2009

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____
Jennifer L. Barry
Attorneys for Plaintiff One True Vine, LLC

I consent to this substitution.

Dated: July __, 2009

MORRISON & FOERSTER LLP

By: _____
Jennifer Lee Taylor

One True Vine, LLC hereby consents to this substitution.

Dated: July 29, 2009

ONE TRUE VINE, LLC

By: _____
Chris Radomski

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.

    I further certify that on this same date, I caused to be hand delivered the attached document as a Chambers Copy to:

> Hon. Marilyn Hall Patel
> United States Courthouse
> Courtroom 15, 18th Floor
> 450 Golden Gate Ave.
> San Francisco, CA 94102

Dated: July 30, 2009                      /s/ Jennifer L. Barry
                                                                        Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\688585.1

3

Case No. CV-09-1328-MHP
Substitution of Counsel