LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
  Mark A. Finkelstein (Bar No. 173851)
perry.viscounty@lw.com
mark.finkelstein@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
jennifer.barry@lw.com
600 West Broadway, Suite 1800
San Diego, California  92101-3375
Telephone:  (619) 236-1234
Facsimile:  (619) 696-7419

Attorneys for Plaintiff
ONE TRUE VINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE TRUE VINE, LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendant. | Case No.  CV-09-1328-MHP<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT** |
| AND RELATED COUNTERCLAIMS | |

　　　　The parties, through their respective counsel of record, hereby stipulate that Plaintiff One True Vine, LLC is permitted, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to file a First Amended Complaint.  The First Amended Complaint will be filed upon approval by this Court of this Stipulation.

The parties further stipulate that Defendant The Wine Group LLC's response to the First Amended Complaint must be filed on or before January 5, 2010.

IT IS SO STIPULATED.

Dated: December 7, 2009  LATHAM & WATKINS LLP

By: /s/ Jennifer L. Barry
Jennifer L. Barry
Attorneys for Plaintiff and Counterdefendant
One True Vine, LLC

Dated: December 7, 2009  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: /s/ Jeffrey E. Faucette
Jeffrey E. Faucette
Attorneys for Defendant and Counterclaimant
The Wine Group LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/8/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.  /s/ Jennifer L. Barry

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties in this case pursuant to Section IX of General Order 45.

I further certify that on this same date, I caused to be hand delivered the attached document as a Chambers Copy to:

> Hon. Marilyn Hall Patel
> United States Courthouse
> Courtroom 15, 18th Floor
> 450 Golden Gate Ave.
> San Francisco, CA 94102

I further certify that, pursuant to Section VIII of General Order 45, I submitted a copy of the attached document in Word format to the following email address:

> MHPpo@cand.uscourts.gov

Dated: December 7, 2009                    /s/ Jennifer L. Barry
                                            Jennifer L. Barry