PERRY J. VISCOUNTY (No. 132143)
Email: perry.viscounty@lw.com
JENNIFER L. BARRY (No. 228066)
Email: jennifer.barry@lw.com
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: 714/540-1235
Facsimile: 714/755-8290

Attorneys for Plaintiff and Counterdefendant
ONE TRUE VINE, LLC

DOUGLAS A. WINTHROP (No 183532)
Email: dwinthrop@howardrice.com
D'LONRA C. ELLIS (No. 239623)
Email: dellis@howardrice.com
FRANK Z. LAFORGE (No. 251141)
Email: flaforge@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Defendant and Counterclaimant
THE WINE GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE TRUE VINE, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Case No. CV 09-1328 MHP<br><br>Action Filed: March 26, 2009<br><br>STIPULATION PURSUANT TO FRCP 41(a)(1)(ii) TO DISMISS WITH PREJUDICE |

| | |
|---|---|
| 1 | THE WINE GROUP LLC, a Delaware Limited Liability Company, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | ONE TRUE VINE, LLC, a California Limited Liability Company, |
| 6 | |
| 7 | Counterdefendant. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION PURSUANT TO FRCP 41(A)(1)(II) TO DISMISS WITH PREJUDICE CV 09-1328 MHP

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Counterdefendant ONE TRUE VINE, LLC, by and through its counsel, and Defendant and Counterclaimant THE WINE GROUP LLC, by and through its counsel, hereby AGREE AND STIPULATE that this entire action, including both the claims and counterclaims, is hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

DATED: February 26, 2010.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
DOUGLAS A. WINTHROP

Attorneys for Defendant and Counterclaimant
THE WINE GROUP LLC

DATED: February 26, 2010.

LATHAM & WATKINS LLP

By: _____
JENNIFER L. BARRY

Attorneys for Plaintiff and Counterdefendant
ONE TRUE VINE, LLC

3/2/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA